

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tyrone Brown Ramirez, Appellant

No. 06-23-00226-CR       v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2229155). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment of conviction and the clerk's bill of cost by deleting the $15.00 time payment fee. As modified, we affirm the judgment of the trial court.

We note that the appellant, Tyrone Brown Ramirez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 12, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk